1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: young_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff SONIA R. LUCKETT
6

7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 | SONIA R. LUCKETT,              ) Case No.: CV06-3857 FFM
                                    )
13 |        Plaintiff,               ) [~~PROPOSED~~] ORDER AWARDING
                                    ) EQUAL ACCESS TO JUSTICE ACT
14 |    vs.                          ) ATTORNEY FEES PURSUANT TO
                                    ) 28 U.S.C. § 2412(d)
15 | MICHAEL J. ASTRUE,              )
     Commissioner of Social Security,)
16                                  )
            Defendant.              )
17 |_____)

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20 Young Cho, as Plaintiff's assignee and subject to the reservation of rights, the

21 amount of four thousand three hundred dollars ($4,300.00), as authorized by 28

22 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

23 DATE: February 2, 2009
                          /S/ FREDERICK F. MUMM
24                        _____
                          THE HONORABLE FREDERICK F. MUMM
25                        UNITED STATES MAGISTRATE JUDGE

26

-1-